UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAUNA KING,

                Plaintiff,

-against-

SAMUEL C. DEPAOLA,

                Defendants.

24-CV-7449 (LTS)

CIVIL JUDGMENT

---

By order dated November 13, 2024, the Court dismissed the complaint under 28 U.S.C. § 1915(e)(2)(B)(i), with 30 days' leave to replead her claims in an amended complaint. (ECF 5.) That order stated that if Plaintiff did not file an amended complaint within the time allowed, the Court would enter judgment in this action. (*Id.*) Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed for the reasons set forth in the November 13, 2024 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 14, 2025
            New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge